# JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA M. BOSLAUGH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00801-JGB-SHK<br><br>*District Judge Jesus G. Bernal*<br>*Magistrate Judge Shashi H. Kewalramani*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>[Removed from San Bernardino County Superior Court Case No. CIVSB2435200]<br><br>Date Complaint Filed: November 21, 2024<br>Removed: March 31, 2025 |

- 1 -
**ORDER**

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

1. This matter is remanded back to the Superior Court of the State of California, County of San Bernardino;
2. All deadlines, dates, and events presently on calendar are vacated; and
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: May 22, 2025

_____
Hon. Jesus G. Bernal
Judge of the United States Central District Court